AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── **OFFENSE CHARGED** ───

18 U.S.C. 1028 (a)(6) - Possession
of a False or Stolen United States
Identification Document

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

─── **DEFENDANT - U.S.** ───

MAY 2 2 2007

HUGO ROLANDO OXLAJ VICENTE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENALTY:

Maximum Prison Term of One Year;
Maximum Fine $100,000;
Maximum Supervised Release of One Year;
Mandatory Special Assessment of $25.

**DISTRICT COURT NUMBER**

CR 07 0316 MAG

─── **PROCEEDING** ───

**Name of Complaintant Agency, or Person (&Title, if any)**

Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**

3-07-70183 JCS

**Name and Office of Person Furnishing Information on THIS FORM**

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    DEREK OWENS, SAUSA

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

E-filing

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:



1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3                                                        FILED

4                                                     MAY 2 2 2007

5                                           RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA

6

7                         **E-filing**

8

9                 UNITED STATES DISTRICT COURT              MAG

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,   CR  07   **0316**

14          Plaintiff,                )  VIOLATION: Title 18, United States Code,
                                       )  Section 1028(a)(6) – Possession of a False
15     v.                              )  or Stolen United States Identification
                                       )  Document (Class A Misdemeanor)
16  HUGO ROLANDO OXLAJ VICENTE,        )
        a/k/a Patricio Garcia Ortiz,   )
17      a/k/a Patricio Garcia,         )  SAN FRANCISCO VENUE
                                       )
18          Defendant.                 )
                                       )
19  ─────────────────────────────────

20                      I N F O R M A T I O N

21  The United States Attorney charges:

22      On or about August 31, 2001, in the Northern District of California, the defendant,

23                    HUGO ROLANDO OXLAJ VICENTE,
                         a/k/a Patricio Garcia Ortiz,
24                       a/k/a Patricio Garcia,

25  knowingly possessed an identification document and authentication feature that was or appeared

26  to be an identification document and authentication feature of the United States, to wit: a Puerto

27  Rican birth certificate bearing the name of Patricio Garcia Ortiz and the number 632-90-82451-

28  097621-907634, which was produced without lawful authority,

    INFORMATION

1  knowing that such document or feature was produced without such authority, in violation of Title

2  18, United States Code, Section 1028(a)(6), a Class A Misdemeanor.

3

4  DATED:    5/21/07                      SCOTT N. SCHOOLS
                                          United States Attorney
5

6

7                                         GREGG W. LOWDER
                                          Deputy Chief, Major Crimes Section
8

9  (Approved as to form:
                          DEREK R. OWENS
10                        Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION