# MAGISTRATE JUDGE MINUTE ORDER

☐ DOCUMENTS UNDER SEAL

**FILED MAY 23 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DEPUTY CLERK | REPORTER/TAPE NO. |
|---|---|
| Betty Fong | 9:47-10:00 a.m. (13m) |

| MAGISTRATE JUDGE | DATE | | CASE NUMBER |
|---|---|---|---|
| Edward M. Chen | May 23, 2007 | ☐ NEW CASE | CR07-316EMC |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Hugo Rolando Oxlaj Vicente fka Patricio Garcia | 26 | N | P | Barry Portman | ☒ PD. ☐ APPT. ☐ RET. |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFIDAVIT SUBMITTED ☐ |
|---|---|---|
| Brigid Martin | Spanish - Monique Inciarte | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD *)

| ☐ INITIAL APPEARANCE | ☒ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☒ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Hugo Rolando Oxlaj Vicente |

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND → | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

PROPERTY POSTED/TO BE POSTED   $   ☐ CASH   ☐ CORPORATE SECURITY   REAL PROPERTY: ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF                                OTHER:

### PLEA

| ☒ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | ☒ GUILTY TO COUNTS: One |
| ☒ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 9/12/07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. EMC | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | Govt to submit order | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Defendant consented to proceed before Judge Chen. Defendant is referred to Probation.

cc: Probation