09/21/2007 02:27 PM EDT

Version 7.0

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | US V HUGO ROLANDO OXLAJ VICENTE | | | | | | | |
| | Case No. DCAN307CR000316 | | | | | | | | | |
| 001 | HUGO ROLANDO AXLAJ VICENTE | 604TD0 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611010401 | 0 | PR | 25.00 | 09/12/2007 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07-316

$25.00 SPECIAL ASSESSMENT
PAID IN FULL on 9-12-07

Page 1 of 1