08/06/2008 05:39 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000316 | | | US V HUGO ROLANDO OXLAJ VICENTE | | | | |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611011110 | 1 | PR | 100.00 | 10/03/2007 |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611012353 | 1 | PR | 200.00 | 11/08/2007 |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611014001 | 1 | PR | 100.00 | 12/28/2007 |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611015055 | 1 | PR | 200.00 | 01/28/2008 |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611017362 | 1 | PR | 200.00 | 03/25/2008 |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611020254 | 1 | PR | 100.00 | 06/16/2008 |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611021810 | 1 | PR | 100.00 | 07/29/2008 |
| | | | | | | Sub-Total | | | 1,000.00 | |
| 001 | HUGO ROLANDO OXLAJ VICENTE | CN04TB0 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611010401 | 1 | PR | 25.00 | 09/12/2007 |
| | | | | | | Division Payment Total | | | 1,025.00 | |
| | | | | | | Grand Total | | | 1,025.00 | |

FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07-316

$1000.00 FINE PAID IN FULL on 7-29-08

Page 1 of 1