UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO ROLANDO OXLAJ VICENTE,<br><br>Defendant. | Case No. 07-cr-00316-EMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EXPUNGEMENT**<br><br>Docket No. 12 |

On September 12, 2007, the Court sentenced the defendant, Hugo Rolando Oxlaj Vicente, to a term of probation for violating 18 U.S.C. § 1028(a)(6), Possession of a False or Stolen United States Identification Document, a Class A misdemeanor. Mr. Vicente completed his probation. On October 23, 2015, Mr. Vicente filed a "Motion for Expungement" in this matter, ostensibly seeking the expungement of the records of arrest and conviction. In support of this motion, Mr. Vicente argues that his completion of probation in this matter, his improved relationship with his wife and children, his present stable employment and housing status, and need to "fix immigration status" warrant relief. The United States opposed the motion and filed briefing on November 20, 2015.

The Court's jurisdiction to expunge records of arrest and conviction is limited to circumstances where the defendant was unlawfully arrested or convicted, or to correct a clerical mistake. *United States v. Crowell*, 374 F.3d 790, 793 (9th Cir. 2004) (citing *United States v. Sumner*, 226 F.3d 1005, 1014 (9th Cir. 2000). Mr. Vicente does not claim either, and in fact appears to admit that his arrest and conviction were properly obtained. The Court therefore lacks jurisdiction to entertain Mr. Vicente's request.

For good cause appearing, the Motion for Expungement is hereby **DENIED.** This order disposes of Docket No. 12.

**IT IS SO ORDERED**.

Dated: December 15, 2015

_____
EDWARD M. CHEN
United States District Judge